# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-966-851**

**Effective Date of Registration:**
February 03, 2015

## Title

**Title of Work:** Mr. Beams documentation and Instruction Manuals-1.1.13 - Karen Walker

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** January 01, 2013
**Nation of 1st Publication:** United States

## Author

- **Author:** Wireless Environment, LLC
  **Author Created:** text, photograph(s), artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Wireless Environment, LLC
32333 Aurora Road Ste 100, Solon, OH, 44139, United States

## Rights and Permissions

**Organization Name:** Taft Stettinius & Hollister LLP
**Name:** Leon David Bass
**Email:** lbass@taftlaw.com
**Telephone:** (614)431-2277
**Address:** 65 E. State Street
Suite 1000
Columbus, OH 43215 United States

## Certification

**Name:** Leon Bass
**Date:** February 03, 2015
**Applicant's Tracking Number:** MR BEAMS  WIR05 GN002

EXHIBIT C

**Correspondence:** Yes

**Registration #:** TX0007966851
**Service Request #:** 1-2108761960

Taft Stettinius & Hollister LLP
Leon David Bass
65 E. State Street
Suite 1000
Columbus, OH 43215 United States