



EXHIBIT E